**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Transclean Corporation, et al.,

Plaintiffs,

v. **CIVIL 01-287 (JRT/FLN)**

Motorvac Technologies, Inc., et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

In Re Subpoenas of Alan M. Anderson
and Christopher K. Larus,

Movants, **MISC. 01-68 (ADM/AJB)**

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 01-287 having been assigned to Judge John R. Tunheim and Misc. Case Nos. 01-68 having later been assigned to Judge Ann D. Montgomery and said matters being related cases,

**IT IS HEREBY ORDERED** that Misc. Case No. 01-68 be assigned to Judge John R. Tunheim and Chief Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card on the Miscellaneous List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: November 13, 2001.

Judge John R. Tunheim
United States District Court

DATED: November 9, 2001.

Judge Ann D. Montgomery
United States District Court

4

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK